UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DEAN NASCA,

                    Plaintiff,

    - against -

THE COUNTY OF SUFFOLK, POLICE
OFFICER JOSEPH CLEMENTS AND JOHN
DOES 1-10 SAID NAMES BEING FICTITIOUS
AND INTENDING TO REPRESENT
EMPLOYEES, AGENTS AND ASSIGNS OF
THE COUNTY OF SUFFOLK,

                    Defendants.
-----------------------------------------------------------X

**JUDGMENT**

CV-05-1717 (JFB)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 02 2008 ★

LONG ISLAND OFFICE

A Memorandum and Order of Hon. Joseph F. Bianco, United States District Judge, having been filed on January 2, 2008, granting defendants' motion for summary judgment in its entirety, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; and that defendants' motion for summary judgment is granted in its entirety.

Dated: Central Islip, New York
       January 2, 2008

                                                ROBERT C. HEINEMANN
                                                CLERK OF THE COURT

                                     BY:   /s/ LORRAINE SAPIENZA
                                                     DEPUTY CLERK